UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER FRANKLIN BEAUVAIS,<br><br>Defendant. | CR          3:22-cr-30068<br><br>REDACTED INDICTMENT<br><br>AGGRAVATED SEXUAL ABUSE, SEXUAL ABUSE, SEXUAL ABUSE OF A MINOR, ABUSIVE SEXUAL CONTACT, ASSAULT OF A DATING PARTNER BY STRANGULATION, and COERCION AND ENTICEMENT<br><br>18 U.S.C. §§ 1153, 113(a)(8), 2241(a)(1), 2242(2)(B), 2243(a), 2244(a)(2), 2244(a)(3), 2246(2), 2246(2)(A), 2246(2)(B), 2246(2)(D), 2246(3), 2252(a)(2), 2256(2)(B)(iii), and 2422(b) |

The Grand Jury charges:

COUNT I

On about between the 6th day of May, 2006, and the 30th day of November, 2006, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly engage in, and attempt to engage in, sexual contact with [NAME REDACTED], a child who had attained the age of 12 years, but had not yet attained the age of 16 years, and is at least four years younger than Christopher Franklin Beauvais, that is, the intentional touching, directly and through the clothing, of the genitalia, anus, groin, breast, inner thigh and buttocks of [NAME REDACTED],

with an intent to abuse, humiliate, harass, and degrade her, and to arouse and gratify Christopher Franklin Beauvais' sexual desire, in violation of 18 U.S.C. §§ 1153, 2244(a)(3), and 2246(3).

## COUNT II

On about between the 1st day of March, 2007, and the 30th day of November, 2007, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly engage in, and attempt to engage in, sexual contact, with [NAME REDACTED], a child who had attained the age of 12 years, but had not yet attained the age of 16 years, and is at least four years younger than Christopher Franklin Beauvais, that is, the intentional touching, directly and through the clothing, of the genitalia, anus, groin, breast, inner thigh and buttocks of [NAME REDACTED], with an intent to abuse, humiliate, harass, and degrade her, and to arouse and gratify Christopher Franklin Beauvais' sexual desire, in violation of 18 U.S.C. §§ 1153, 2244(a)(3), and 2246(3).

## COUNT III

On about between the 2nd day of June, 2006, and the 1st day of June, 2008, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly engage in, and attempt to engage in, sexual contact with [NAME REDACTED], a child who had attained the age of 12 years, but had not yet attained the age of 16 years, and is at least four years younger than Christopher Franklin Beauvais, that is,

the intentional touching, directly and through the clothing, of the genitalia, anus, groin, breast, inner thigh and buttocks of [NAME REDACTED], with an intent to abuse, humiliate, harass, and degrade her, and to arouse and gratify Christopher Franklin Beauvais' sexual desire, in violation of 18 U.S.C. §§ 1153, 2244(a)(3), and 2246(3).

COUNT IV

On about between the 2nd day of June, 2006, and the 1st day of June, 2008, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly engage in, and attempt to engage in, a sexual act with [NAME REDACTED], a child who had attained the age of 12 years, but had not yet attained the age of 16 years, and is at least four years younger than Christopher Franklin Beauvais, that is, the intentional touching, not through the clothing, of the genitalia of [NAME REDACTED], with an intent to abuse, humiliate, harass, and degrade her, and to arouse and gratify Christopher Franklin Beauvais' sexual desire, in violation of 18 U.S.C. §§ 1153, 2243(a), and 2246(2)(D).

COUNT V

On about between the 17th day of October, 2008, and the 16th day of October, 2012, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly engage in, and attempt to engage in, sexual contact with [NAME REDACTED], a child who had attained the age of 12 years, but had not yet attained the age of

16 years, and is at least four years younger than Christopher Franklin Beauvais, that is, the intentional touching, directly and through the clothing, of the genitalia, anus, groin, breast, inner thigh and buttocks of [NAME REDACTED]; to wit, touching her breasts, with an intent to abuse, humiliate, harass, and degrade her, and to arouse and gratify Christopher Franklin Beauvais' sexual desire, in violation of 18 U.S.C. §§ 1153, 2244(a)(3), and 2246(3).

## COUNT VI

On about between the 17th day of October, 2008, and the 16th day of October, 2012, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly engage in, and attempt to engage in, sexual contact with [NAME REDACTED], a child who had attained the age of 12 years, but had not yet attained the age of 16 years, and is at least four years younger than Christopher Franklin Beauvais, that is, the intentional touching, directly and through the clothing, of the genitalia, anus, groin, breast, inner thigh and buttocks of [NAME REDACTED]; to wit, touching her buttocks and genitalia in his home, with an intent to abuse, humiliate, harass, and degrade her, and to arouse and gratify Christopher Franklin Beauvais' sexual desire, in violation of 18 U.S.C. §§ 1153, 2244(a)(3), and 2246(3).

## COUNT VII

On about between the 17th day of October, 2008, and the 16th day of October, 2012, in Todd County, in Indian country, in the District of South

Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly engage in, and attempt to engage in, sexual contact, with [NAME REDACTED], a child who had attained the age of 12 years, but had not yet attained the age of 16 years, and is at least four years younger than Christopher Franklin Beauvais, that is, the intentional touching, directly and through the clothing, of the genitalia, anus, groin, breast, inner thigh and buttocks of [NAME REDACTED]; to wit, touching her buttocks and genitalia in her father's business, the Computer Lighthouse, with an intent to abuse, humiliate, harass, and degrade her, and to arouse and gratify Christopher Franklin Beauvais' sexual desire, in violation of 18 U.S.C. §§ 1153, 2244(a)(3), and 2246(3).

## COUNT VIII

On about between the 22nd day of August, 2010, and the 8th day of November, 2012, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly engage in, and attempt to engage in, sexual contact with [NAME REDACTED], a child who had attained the age of 12 years, but had not yet attained the age of 16 years, and is at least four years younger than Christopher Franklin Beauvais, that is, the intentional touching, directly and through the clothing, of the genitalia, anus, groin, breast, inner thigh and buttocks of [NAME REDACTED]; to wit, touching her breasts, with an intent to abuse, humiliate, harass, and degrade her, and to arouse and gratify Christopher Franklin Beauvais' sexual desire, in violation of 18 U.S.C. §§ 1153, 2244(a)(3), and 2246(3).

## COUNT IX

On about between the 22nd day of August, 2010, and the 8th day of November, 2012, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly engage in, and attempt to engage in, sexual contact with [NAME REDACTED], a child who had attained the age of 12 years, but had not yet attained the age of 16 years, and is at least four years younger than Christopher Franklin Beauvais, that is, the intentional touching, directly and through the clothing, of the genitalia, anus, groin, breast, inner thigh and buttocks of [NAME REDACTED]; to wit, touching her buttocks in his home, with an intent to abuse, humiliate, harass, and degrade her, and to arouse and gratify Christopher Franklin Beauvais' sexual desire, in violation of 18 U.S.C. §§ 1153, 2244(a)(3), and 2246(3).

## COUNT X

On about between the 22nd day of August, 2010, and the 8th day of November, 2012, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly engage in, and attempt to engage in, sexual contact with [NAME REDACTED], a child who had attained the age of 12 years, but had not yet attained the age of 16 years, and is at least four years younger than Christopher Franklin Beauvais, that is, the intentional touching, directly and through the clothing, of the genitalia, anus, groin, breast, inner thigh and buttocks of [NAME REDACTED];

to wit, groping her buttocks in her father's business, the Computer Lighthouse, with an intent to abuse, humiliate, harass, and degrade her, and to arouse and gratify Christopher Franklin Beauvais' sexual desire, in violation of 18 U.S.C. §§ 1153, 2244(a)(3), and 2246(3).

## COUNT XI

On about between the 1st day of January, 2009, and the 9th day of July, 2009, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly engage in, and attempt to engage in, a sexual act with [NAME REDACTED], a child who had attained the age of 12 years, but had not yet attained the age of 16 years, and is at least four years younger than Christopher Franklin Beauvais, that is, contact between the penis and the vulva, in violation of 18 U.S.C. §§ 1153, 2243(a), and 2246(2)(A).

## COUNT XII

On about between the 1st day of January, 2009, and the 9th day of July, 2009, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly engage in, and attempt to engage in, a sexual act with [NAME REDACTED], a child who had attained the age of 12 years, but had not yet attained the age of 16 years, and is at least four years younger than Christopher Franklin Beauvais, that is, contact between the mouth and the vulva, in violation of 18 U.S.C. §§ 1153, 2243(a), and 2246(2)(B).

## COUNT XIII

On about between the 1st day of January, 2009, and the 30th day of June, 2009, in Todd County, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, used the mail and a facility and means of interstate and foreign commerce to, and within the special maritime and territorial jurisdiction of the United States did, knowingly persuade, induce, entice and coerce [NAME REDACTED], a person who had not attained the age of 18 years, and a person whom Christopher Franklin Beauvais knew had not yet attained the age of 18 years, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense; to wit, distribution of child pornography, and attempted to do so, in violation of 18 U.S.C. §§ 2422(b), 2256(2)(B)(iii), and 2252(a)(2).

## COUNT XIV

On or about the 16th day of November, 2020, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly cause Jeni Arcoren to engage in a sexual act by using force against Jeni Arcoren, in violation of 18 U.S.C. §§ 1153, 2241(a)(1), and 2246(2).

## COUNT XV

On or about the 16th day of November, 2020, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly assault Jeni Arcoren, his spouse, intimate

partner and dating partner, by strangling her, suffocating her, and attempting to do so, in violation of 18 U.S.C. §§ 1153 and 113(a)(8).

## COUNT XVI

On or about the 1st day of January, 2021, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly engage in, and attempt to engage in, a sexual act with Jeni Arcoren, who at the time was physically incapable of declining participation in, and communicating unwillingness to engage in, that sexual act, and did so knowing she was so incapacitated, in violation of 18 U.S.C. §§ 1153, 2242(2)(B), and 2246(2).

## COUNT XVII

On or about the 12th day of January, 2021, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly engage in, and attempt to engage in, a sexual act with Jeni Arcoren, who at the time was physically incapable of declining participation in, and communicating unwillingness to engage in, the sexual act, and Christopher Franklin Beauvais did so knowing Jeni Arcoren was so incapacitated, in violation of 18 U.S.C. §§ 1153, 2242(2)(B), and 2246(2).

## COUNT XVIII

On about between the 14th day of March, 2020, and the 31st day of December, 2020, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly

engage in, and attempt to engage in, sexual contact with [NAME REDACTED], a child who had attained the age of 12 years, but had not yet attained the age of 16 years, and is at least four years younger than Christopher Franklin Beauvais, that is, the intentional touching, directly and through the clothing, of the genitalia, anus, groin, breast, inner thigh and buttocks of [NAME REDACTED]; to wit, touching her groin over her clothing, with an intent to abuse, humiliate, harass, and degrade her, and to arouse and gratify Christopher Franklin Beauvais' sexual desire, in violation of 18 U.S.C. §§ 1153, 2244(a)(3), and 2246(3).

## COUNT XIX

On about between the 14th day of March, 2020, and the 31st day of December, 2020, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly engage in, and attempt to engage in, sexual contact with [NAME REDACTED], that is, the intentional touching, directly and through the clothing, of the genitalia, anus, groin, breast, inner thigh and buttocks of [NAME REDACTED], to wit, touching her groin over her clothing, with an intent to abuse, humiliate, harass, and degrade her, and to arouse and gratify Christopher Franklin Beauvais' sexual desire, when she was physically incapable of declining participation in, and communicating unwillingness to engage in, that sexual contact, and Christopher Franklin Beauvais did so knowing [NAME REDACTED] was physically incapable of declining participation, and communicating

unwillingness to engage, in that sexual contact, in violation of 18 U.S.C. §§ 1153, 2244(a)(2), and 2246(3).

## COUNT XX

On about between the 14th day of March, 2020, and the 31st day of December, 2020, in Todd County, in Indian country, in the District of South Dakota, the defendant, Christopher Franklin Beauvais, an Indian, did knowingly engage in, and attempt to engage in, sexual contact with [NAME REDACTED], a child who had attained the age of 12 years, but had not yet attained the age of 16 years, and is at least four years younger than Christopher Franklin Beauvais, that is, the intentional touching, directly and through the clothing, of the genitalia, anus, groin, breast, inner thigh and buttocks of [NAME REDACTED]; to wit, fondling her breasts, with an intent to abuse, humiliate, harass, and degrade her, and to arouse and gratify Christopher Franklin Beauvais' sexual desire, in violation of 18 U.S.C. §§ 1153, 2244(a)(3), and 2246(3).

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: _____