UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>CHRISTOPHER BEAUVAIS,<br><br>    Defendant. | CR 22-30068-RAL<br><br>NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 807 |

The United States of America, by and through Assistant United States Attorneys Carl Thunem and Wayne Venhuizen, provides notice of its intent to offer, pursuant to Federal Rule of Evidence 807, hearsay statements of the victim named in Counts XVIII-XX of the superseding indictment in this case. The statements the Government intends to offer are as follows:

1. Statements made by the victim to Kenna Young and Jeni Arcoren, on or about March 14, 2021, and summarized in law enforcement reports at discovery items 89 and 102, copies of which have been previously provided to defense counsel.

2. Statements made by the victim to Brandi Tonkel during a forensic interview conducted at the Children's Home Society Child Advocacy Center on September 7, 2021, as contained in the recording of the interview at discovery item 148, and summarized in reports at discovery items 99-101, copies of which have previously provided to defense counsel.

1

Dated this 18th day of October, 2023.

                ALISON J. RAMSDELL
                United States Attorney

                */s/ Wayne Venhuizen*
                _____
                Wayne Venhuizen
                Carl Thunem
                Assistant United States Attorney
                P.O. Box 7240
                Pierre, SD  57501-7240
                Phone: (605) 224-5402
                Fax: (605) 224-8305
                E-mail: wayne.venhuizen@usdoj.gov
                        carl.thunem@usdoj.gov